BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 5:13MJ00008 JLT |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS IN THE INTEREST OF JUSTICE AND PROPOSED ORDER |
| v. ) | |
| EMMANUEL APODACA, ) | |
| Defendant. ) | |

The United States of America, by and through its undersigned attorneys hereby moves to dismiss the above-captioned matter in the interest of justice. After conferring with the Kern County District Attorney's Office, the government will defer to the state in the prosecution of this matter as to this defendant only. State charges will be reinstated.

DATED: January 28, 2013                    Respectfully submitted,

                                                      BENJAMIN B. WAGNER
                                                     United States Attorney

                                                     By /s/ Karen A. Escobar
                                                        KAREN A. ESCOBAR
                                                     Assistant U.S. Attorney

O R D E R

It is so ordered.

DATED: January 28, 2013

_____
JENNIFER L. THURSTON
U.S. Magistrate Judge

2